# Exhibit B

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

LAND 'N SEA INC
1440 BROADWAY 3RD
FLR NEW YORK NY 10018

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684418 | 05/15/2019 | 05/21/2019 | $ 97,996.58 | 1302915-2019 | 04/11/2019 | $ 50,975.73 |
| 684418 | 05/15/2019 | 05/21/2019 | 97,996.58 | 1302916-2019 | 04/11/2019 | 17,656.33 |
| 684418 | 05/15/2019 | 05/21/2019 | 97,996.58 | 1302917-2019 | 04/11/2019 | 22,449.35 |
| 684418 | 05/15/2019 | 05/21/2019 | 97,996.58 | 1302918-2019 | 04/11/2019 | 7,422.78 |
| 684418 | 05/15/2019 | 05/21/2019 | 97,996.58 | 948-74968-2019 | 05/09/2019 | - 148.00 |
| 684418 | 05/15/2019 | 05/21/2019 | 97,996.58 | PT0023290-2019 | 05/09/2019 | - 359.61 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 12537-2019 | 05/01/2019 | - 125.50 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 12588-2019 | 05/13/2019 | - 274.25 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 1302919-2019 | 04/12/2019 | 16,403.72 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 1302920-2019 | 04/12/2019 | 5,049.09 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 2871807-2019 | 04/12/2019 | 2,365.23 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 2871808-2019 | 04/12/2019 | 5,064.66 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 2871809-2019 | 04/12/2019 | 3,752.49 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 2871810-2019 | 04/12/2019 | 1,749.70 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 2871811-2019 | 04/12/2019 | 3,752.49 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 2871812-2019 | 04/12/2019 | 1,749.70 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | 950-74968-2019 | 05/16/2019 | - 66.50 |
| 684714 | 05/22/2019 | 05/30/2019 | 38,483.43 | PT0023327-2019 | 05/16/2019 | - 937.40 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 035020-2019 | 05/27/2019 | - 2,161.77 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872709-2019 | 04/26/2019 | 6,568.03 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872710-2019 | 04/26/2019 | 3,267.67 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872711-2019 | 04/26/2019 | 9,149.49 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872712-2019 | 04/26/2019 | 8,787.96 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872713-2019 | 04/26/2019 | 4,449.60 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872714-2019 | 04/26/2019 | 8,565.48 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872715-2019 | 04/26/2019 | 3,399.76 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872716-2019 | 04/26/2019 | 3,389.35 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872717.-2019 | 04/26/2019 | 7,300.12 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872718-2019 | 04/26/2019 | 5,986.09 |
| 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872719-2019 | 04/26/2019 | 3,128.62 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872720.-2019 | 04/26/2019 | 7,300.12 |
| 43 | 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872721-2019 | 04/26/2019 | 6,833.85 |
| 44 | 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872722-2019 | 04/26/2019 | 5,548.09 |
| 45 | 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | 2872723-2019 | 04/26/2019 | 11,888.77 |
| 46 | 685122 | 05/29/2019 | 06/04/2019 | 93,024.09 | PT0023378-2019 | 05/23/2019 | - 377.14 |
| 47 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 035071-2019 | 06/03/2019 | - 263.34 |
| 48 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 035113-2019 | 06/03/2019 | - 399.42 |
| 49 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872702-2019 | 04/26/2019 | 5,446.12 |
| 50 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872703-2019 | 04/26/2019 | 6,641.03 |
| 51 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872704-2019 | 04/26/2019 | 6,674.40 |
| 52 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872705-2019 | 04/26/2019 | 973.35 |
| 53 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872706-2019 | 04/26/2019 | 5,214.37 |
| 54 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872707.-2019 | 04/26/2019 | 3,522.60 |
| 55 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872708-2019 | 04/26/2019 | 5,214.37 |
| 56 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872884-2019 | 05/03/2019 | 14,829.67 |
| 57 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872885-2019 | 05/03/2019 | 8,073.93 |
| 58 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | 2872886-2019 | 05/03/2019 | 5,734.14 |
| 59 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | PT0023427-2019 | 05/30/2019 | - 75.95 |
| 60 | 685516 | 06/05/2019 | 06/11/2019 | 61,521.69 | PT0023456-2019 | 05/30/2019 | - 63.58 |
| 61 | 685642 | 06/12/2019 | 06/19/2019 | 5,906.41 | 2872882-2019 | 05/03/2019 | 3,866.70 |
| 62 | 685642 | 06/12/2019 | 06/19/2019 | 5,906.41 | 2872883-2019 | 05/03/2019 | 2,144.15 |
| 63 | 685642 | 06/12/2019 | 06/19/2019 | 5,906.41 | 954-74968-2019 | 06/06/2019 | - 23.10 |
| 64 | 685642 | 06/12/2019 | 06/19/2019 | 5,906.41 | PT0023485-2019 | 06/06/2019 | - 81.34 |
| 65 | 686347 | 06/26/2019 | 07/03/2019 | 33,622.38 | 035139-2019 | 06/10/2019 | - 174.72 |
| 66 | 686347 | 06/26/2019 | 07/03/2019 | 33,622.38 | 1303014-2019 | 05/24/2019 | 7,911.47 |
| 67 | 686347 | 06/26/2019 | 07/03/2019 | 33,622.38 | 1303015-2019 | 05/20/2019 | 19,549.32 |
| 68 | 686347 | 06/26/2019 | 07/03/2019 | 33,622.38 | 1303016-2019 | 05/21/2019 | 6,460.27 |
| 69 | 686347 | 06/26/2019 | 07/03/2019 | 33,622.38 | PT0023522-2019 | 06/13/2019 | - 31.78 |
| 70 | 686347 | 06/26/2019 | 07/03/2019 | 33,622.38 | PT0023573-2019 | 06/20/2019 | - 92.18 |
| 71 | TOTAL | | | $ 330,554.58 | 42 | | |